IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-rj-00012-MEH

STUDENT LOAN MARKETING ASSOCIATION,

    Plaintiff,

v.

YVETTE CROMWELL,

    Defendant,

and

MAXIM HEALTHCARE SERVICES, INC.,

    Garnishee.

## GARNISHEE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

On March 17, 2006, Plaintiff United States of America, as assignee and successor in interest to Student Loan Marketing Association, mailed the Application for Writ of Garnishment, Writ of Garnishment, and Clerk's Notice of Post-Judgment Garnishment to Defendant at her last known address. Defendant did not request a hearing on the garnishment within the requisite twenty days following this notice. The Garnishee has filed an Answer, indicating that it has in its possession or under its control, personal property belonging to and due the Defendant, and that it is indebted to Defendant in the form of wages (Docket #5). Accordingly, for good cause shown, Plaintiff's Motion for Entry of Garnishee Order [Filed April 20, 2006; Docket #6] is **granted**.

IT IS HEREBY ORDERED that Garnishee Maxim Healthcare Services, Inc., shall, each pay period, pay 25% of Defendant Yvette Cromwell's disposable wages to the United States and shall continue said payments until the judgement debt herein is paid in full, or until the Garnishee no longer

has custody, possession, or control of any property belonging to Defendant, or until further Order of this Court.

      Dated at Denver, Colorado, this 19th day of May, 2006.

                                          BY THE COURT:

                                          s/ Michael E. Hegarty
                                          Michael E. Hegarty
                                          United States Magistrate Judge