IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-rj-00012-MEH

STUDENT LOAN MARKETING ASSOCIATION,

    Plaintiff,

v.

YVETTE CROMWELL,

    Defendant,

  and

MAXIM HEALTHCARE SERVICES, INC.,

    Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment [Filed January 21, 2007; Docket #8] is **granted**.

It is so ORDERED and entered this 22nd day of January, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge